```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/20/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Alondra Y. Rivera,

                 Plaintiff,

       -against-

Target Corporation et al.

                 Defendants.

1:24-cv- 06965 (JPO) (SDA)

ORDER OF SERVICE

**STEWART D. AARON, United States Magistrate Judge:**

Plaintiff brings this *pro se* action under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e-2000e-17; the Americans with Disabilities Act of 1990 (ADA), 42 U.S.C. §§ 12101-12213; the Family and Medical Leave Act (FMLA), 29 U.S.C. §§ 2601-2654; and the New York State and City Human Rights Laws, N.Y. Exec. Law §§ 290- 297; N.Y. City Admin. Code §§ 8-101-131. By order dated September 18, 2024, the Court granted Plaintiff's request to proceed *in forma pauperis* (IFP).

**DISCUSSION**

Because Plaintiff has been granted permission to proceed IFP, she is entitled to assistance from the Court and the U.S. Marshals Service to effect service.[1] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP)).

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have effected service until the Court reviewed the complaint and ordered that any summonses be issued. The Court therefore extends the time to serve until 90 days after the date any summonses issue.

To allow Plaintiff to effect service on Defendants Target Corporation, Roundel, Quinn Nelson, Allison Franklin, Lyonna Jackson, Kathleen Henry, Sidra Khan, Helen Kwon, Erin Sieling, and Kelly Roque, through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form (USM-285 form) for each Defendant. The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service upon Defendants.

If the complaint is not served within 90 days after the date summonses are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if her address changes, and the Court may dismiss the action if Plaintiff fails to do so.

## **CONCLUSION**

The Clerk of Court is directed to mail an information package to Plaintiff. The Clerk of Court is further directed to (1) issue summonses for Target Corporation, Roundel, Quinn Nelson, Allison Franklin, Lyonna Jackson, Kathleen Henry, Sidra Khan, Helen Kwon, Erin Sieling, and Kelly Roque, (2) complete the USM-285 forms with the addresses for Defendants, and (3) deliver to the U.S. Marshals Service all documents necessary to effect service.

Plaintiff may agree to accept service of documents by email, instead of regular mail, by completing the attached form, Consent to Electronic Service.

**SO ORDERED.**

Dated:     New York, New York
           September 20, 2024

*[signature: Stewart D. Aaron]*
_____
STEWART D. AARON
United States Magistrate Judge

3

**SERVICE ADDRESS FOR EACH DEFENDANT**

1. Target Corporation
   1000 Nicollet Mall
   Minneapolis, MN 55403

2. Roundel
   1000 Nicollet Mall
   Minneapolis, MN 55403

3. Quinn Nelson
   Target Corp. / Roundel
   1000 Nicollet Mall
   Minneapolis, MN 55403

4. Allison Franklin
   Target Corp. / Roundel
   1000 Nicollet Mall
   Minneapolis, MN 55403

5. Lyonna Jackson
   Target Corp. / Roundel
   1000 Nicollet Mall
   Minneapolis, MN 55403

6. Kathleen Henry
   Target Corp. / Roundel
   1000 Nicollet Mall
   Minneapolis, MN 55403

7. Sidra Khan
   Target Corp. / Roundel
   1000 Nicollet Mall
   Minneapolis, MN 55403

8. Helen Kwon
   Target Corp. / Roundel
   1000 Nicollet Mall
   Minneapolis, MN 55403

9. Erin Sieling
   Target Corp. / Roundel
   1000 Nicollet Mall
   Minneapolis, MN 55403

10. Kelly Roque
    Target Corp. / Roundel
    1000 Nicollet Mall
    Minneapolis, MN 55403