UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALONDRA Y. RIVERA,

                   Plaintiff,

    -v-

TARGET CORP., *et al.*,

                   Defendants.

24-CV-6965 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    On June 6, 2025, this Court dismissed Plaintiff Alondra Rivera's complaint for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6). (ECF No. 29.) Because of Rivera's *pro se* status and the special solicitude afforded to such litigants, the Court granted Rivera leave to file a proposed amended complaint within four weeks of the Opinion and Order, to the extent that she could cure the factual deficiencies in her FMLA claims. (*Id.* at 16.) The Court has received no such proposed amended complaint, nor any communication from Rivera, and thus determines that the entry of final judgment for Defendants is proper.

    The Clerk of Court is directed to enter judgment of dismissal, to close this case, and to mail a copy of this Order to Plaintiff.

    SO ORDERED.

Dated: July 15, 2025
       New York, New York

                                                                                 J. PAUL OETKEN
                                                                       United States District Judge