**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ALONDRA Y. RIVERA,

                    Plaintiff,

      -against-                                  24 **CIVIL** 6965 (JPO)

                                              **JUDGMENT**

TARGET CORP., et al.,

                    Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 15, 2025, the Court dismisses the Complaint and enters Judgment for Defendants. Accordingly, the case is closed.

**Dated:** New York, New York

      July 15, 2025

                                                       **TAMMI M. HELLWIG**

                                                           **Clerk of Court**

                             **BY:**

                                                           **Deputy Clerk**